UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC - 6 2005

GREGORY C. LANGHAM
CLERK

In re: MONTEZUMA COUNTY, BOARD OF COUNTY COMMISSIONERS; In re: GERALD O. BAILEY; In re: W.L. GRAY & CO.; In re: HARRY PTASYNSNKI,

Petitioners.

No. 05-1528

04-cv-00716-WDM-OES

ORDER
Filed December 5, 2005

Before **EBEL, O'BRIEN,** and **TYMKOVICH,** Circuit Judges.

After consideration of the briefs in this case, we have determined that supplemental briefing would be helpful. We direct the parties to address the issue whether this case falls into the jurisdictional exception announced in *Chrysler Credit Corp. v. Country Chrysler, Inc.*, 928 F.2d 1509, 1517 & n.6 (10th Cir. 1991), in simultaneous supplemental briefing. Both parties' briefs are due by noon on Monday, December 12, 2005, and are limited to ten pages each.

Entered for the Court
Clerk, Court of Appeals

By:
Deputy Clerk