# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC - 5 2005

GREGORY C. LANGHAM
CLERK

In re: MONTEZUMA COUNTY, BOARD OF COUNTY COMMISSIONERS; In re: GERALD O. BAILEY; In re: W.L. GRAY & CO.; In re: HARRY PTASYNSNKI,

Petitioners.

No. 05-1528

04-cv-00716-WDM-OES

ORDER
Filed December 1, 2005

Before **EBEL**, **O'BRIEN**, and **TYMKOVICH**, Circuit Judges.

This matter comes before the Court on petitioners' emergency request for stay pending resolution of their petition for mandamus to review a transfer order from the District of Colorado. A response has been filed, and all parties are now before this Court.

The Court is not yet prepared to determine whether we have jurisdiction over the petition for mandamus. But we do have jurisdiction to determine our jurisdiction. *See Latu v. Ashcroft*, 375 F.3d 1012, 1017 (10th Cir. 2004); *and see . Chrysler Credit Corp. v. Country Chrysler, Inc.*, 928 F.2d 1509, 1517 n.7 (10th Cir. 1991) (stating that "the mere transfer of the record cannot ratify an otherwise invalid transfer. Hence where a district court transfers a case without proper

authority or the transferee court lacks jurisdiction over the case, a valid transfer has not been effectuated and appellate jurisdiction remains in the transferor circuit."). Exercising that jurisdiction, we grant a temporary stay restraining the effective date of the District Court of Colorado's transfer order that was entered November 21, 2005, until further order of this Court.

Additionally, we enjoin the parties from taking further steps to proceed in the putatively-transferred case that has been docketed in the Southern District of Texas until further notice.

Entered for the Court<br>
CLERK, COURT OF APPEALS<br><br>
By: /s/<br>
Douglas E. Cressler<br>
Chief Deputy Clerk