# United States Court of Appeals for the Tenth Circuit
## OFFICE OF THE CLERK
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303)844-3157

Clerk of Court

Douglas E. Cressler
Chief Deputy Clerk

December 19, 2005

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 19 2005

GREGORY C. LANGHAM
CLERK

Mr. Stephen D. Taylor
Asst. U.S. Attorney
Office of the United States Attorney
1225 17th Street
Suite 700
Denver, CO 80202

Mr. Robert Bryan Perry
6440 N. Central Expwy. #402
Dallas, TX 75206

Mr. Andrew McCollam, III
Mr. Phillip B. Dye, Jr.
Ms. Jennifer H. Davidow
Vinson & Elkins
2300 First City Tower
1001 Fannin Street
Houston, TX 77002-6760

    Re:    05-1528, In re: Montezuma Cty
             Dist/Ag docket:  04-CV-716-WDM

Dear Counsel:

    Enclosed is a copy of an order entered today in this case.

    Please contact this office if you have questions.

                              Sincerely,

                              Clerk, Court of Appeals

                              By: [signature]
                                  Deputy Clerk

clk:afw
Enclosure

cc:   Gregory C. Langham, Clerk

## UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

| | |
|---|---|
| In re: MONTEZUMA COUNTY, BOARD OF COUNTY COMMISSIONERS; In re: GERALD O. BAILEY; In re: W.L. GRAY & CO.; In re: HARRY PTASYNSNKI,<br><br>Petitioners. | No. 05-1528 |

ORDER
Filed December 19, 2005

Before **EBEL, O'BRIEN,** and **TYMKOVICH,** Circuit Judges.

This matter comes before the Court on petitioners' emergency request for stay pending resolution of their petition for mandamus to review a transfer order from the District of Colorado.

After careful consideration of the parties' briefs and the applicable law, we conclude that this court does not have jurisdiction to resolve the petition for mandamus and that no exceptions to the jurisdictional bar apply. *See Chrysler Credit Corp. v. Country Chrysler, Inc.*, 928 F.2d 1509, 1517 & n.6 (10th Cir. 1991). Accordingly, we dissolve the temporary stay and temporary injunction we

earlier entered in this case, dismiss the petition for mandamus, and deny the petition for an emergency stay.

Entered for the Court
CLERK, COURT OF APPEALS

By: [signature]
Deputy Clerk