IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.   04-cv-00716-WDM-OES

UNITED STATES OF AMERICA,
STATE OF COLORADO,
MONTEZUMA COUNTY BOARD OF COMMISSIONERS,
GERALD O. BAILEY,
W.L. GRAY & CO, AND
HARRY PTASYSNKI,

     Plaintiffs,

v.

KINDER MORGAN CO., COMPANY, L.P. a Texas Limited Partnership, and
RICHARD TIMOTHY BRADLEY,

     Defendants.

_____

**ORDER**
_____

     This matter is before me on plaintiffs' motions to alter or amend findings and to stay order of transfer.  Since filing the motions plaintiffs also filed a petition for mandamus and a motion to stay in the United States Court of Appeals for the Tenth Circuit.  After issuing a temporary stay, that court has now dissolved the stay and dismissed the petition for mandamus because the court concluded it did not have jurisdiction.

     Since this case has already been transferred to the District Court for the Southern District of Texas I too lack jurisdiction to rule.  *See Chrysler Credit Corporation v. Country Chrysler, Inc.*, 928 F.2d 1509, 1516-17 (10th Cir. 1991).

Plaintiffs' motions are therefore denied.

DATED at Denver, Colorado, on December 20, 2005.

BY THE COURT:


/s/ Walker D. Miller
United States District Judge